**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

ROBERT R. WEBSTER, JR.,

Plaintiff,

-v- 6:26-CV-1236 (AJB/CBF)

RICK STEWART *et al.*,

Defendants.

---

**Hon. Anthony Brindisi, U.S. District Judge:**

**ORDER ON REPORT & RECOMMENDATION**

On June 15, 2026, *pro se* plaintiff Robert R. Webster, Jr. ("plaintiff") filed this 42 U.S.C. § 1983 action alleging that defendants Oneida County Sheriff's Department, Oneida County 911, and the Mayor of Sylvan Beach violated his civil rights when they, *inter alia*, "called off" a 911 rescue on two occasions and failed to get an ambulance to pick him up after he suffered a "gang assault" at a nearby restaurant. *See* Dkt. No. 1. Along with his complaint, plaintiff moved for leave to proceed *in forma pauperis* ("IFP Application"). Dkt. No. 2.

On October 8, 2026, U.S. Magistrate Judge Carla B. Freedman granted plaintiff's IFP Application, Dkt. No. 6, and, after conducting an initial review of the pleading, advised by Report & Recommendation ("R&R") that plaintiff's complaint be dismissed, Dkt. No. 7. As Judge Freedman explained, plaintiff's complaint ran afoul of Rules 8 and 10 of the Federal Rules of Civil Procedure and named some improper parties. *Id*. Putting those issues aside, Judge Freedman determined that plaintiff had previously filed a civil action—referred to here as "*Webster I*"—in this judicial district against the same set of defendants based on the same set of alleged facts. *Id*. at 2 (citing *Webster v. Stewart*, 6:21-CV-1141 (DNH/ATB). Judge Freedman noted that *Webster*

*I* had been dismissed without leave to amend back in 2021. *Id*. And because *Webster I*'s dismissal qualified as a final judgment on the merits, the doctrine of *res judicata* barred plaintiff from bringing this second-filed action against the same defendants for the same alleged harms. *Id*.

Plaintiff has not lodged objections, and time period in which to do so has expired. Upon review for clear error, the R&R is accepted and will be adopted. *See* Fed. R. Civ. P. 72(b).

Therefore, it is

ORDERED that

1. The Report & Recommendation (Dkt. No. 7) is ACCEPTED; and
2. Plaintiff's complaint (Dkt. No. 1) is DISMISSED without leave to amend.

The Clerk of the Court is directed to terminate the pending motion, enter a judgment accordingly, and close the file.

**IT IS SO ORDERED.**

Dated: November 5, 2026
Utica, New York.

Anthony J. Brindisi
U.S. District Judge